IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES C. KING, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-259-LY |
| | § | |
| CONN APPLIANCES, INC., | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On May 13, 2015, the parties filed a Stipulation of Dismissal with prejudice (Doc. #21), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of May, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE